**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,
                Plaintiff,

-VS-

EDSON JEWELL JR.,
                Defendant

Court Number: 91-10350
Honorable: Robert H. Cleland
Claim Number: 1991A05961

_____/

**ORDER RELEASING TAX GARNISHMENT**

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

    s/Robert H. Cleland_____
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: May 14, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 14, 2010, by electronic and/or ordinary mail.

    s/Lisa Wagner_____
    Case Manager and Deputy Clerk
    (313) 234-5522